UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDY CRUZ, <br> Plaintiff | CIVIL ACTION <br> NO. |
| V. | 3:04CV1119 (SRU) |
| JULIE L. BEHNKE & BOSTON <br> MARKET CORP. <br> Defendants | JULY 8, 2004 |

## PETITION FOR REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Petitioners Boston Market Corporation ("Boston Market") and Julie Behnke ("Ms. Behnke"), respectfully petition this Court as follows:

1. Boston Market and Ms. Behnke are the named defendants in a civil action, brought in the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, bearing a return date of July 13, 2004 (the "Action"). A copy of the Complaint is attached hereto as **Exhibit A**.

2. The Summons and Complaint was served upon petitioners Boston Market and Ms. Behnke on June 9, 2004.

3. The complaint alleges, among other rights, that plaintiff incurred monetary damages when he was allegedly slandered, libeled and wrongfully terminated.

4. There is complete diversity pursuant to 28 U.S.C.§ 1332(a).

5. Boston Market is a corporation organized under the laws of the State of Delaware with its principal place of business located in Golden, Colorado.

6. Ms. Behnke is a resident of the State of Pennsylvania.

7. Plaintiff is a resident of the State of Connecticut, residing at 16 Rockingham Street, Hartford, CT 06114. (See Exhibit A, Complaint ¶ 1.)

8. The Complaint does not provide a specific damage amount. In such cases, the party invoking the jurisdiction of the federal court has the burden of proving that it appear to a reasonable probability that the claim is in excess of the statutory jurisdictional amount. Tongkook America, Inc. v. Shipton Sportswear Co., 14 F.3d 781, 784 (2d Cir. 1994). If a reasonable review of the allegations supports the possibility that the amount in controversy exceeds $75,000, remand is only mandated if it "appear[s] to a legal certainty that the claim is really for less than the jurisdictional amount … ." Id.

9. Here, in the Complaint, plaintiff alleges that Boston Market and Ms. Behnke have caused him damages, including monetary damages. Specifically, plaintiff claims: that he was (1) slandered; (2) libeled; and (3) wrongfully terminated. See Exhibit A. Plaintiff is claiming: (1) money damages; (2) punitive damages; and (3) attorneys' fees. Id. In light of these allegations, it is reasonable to expect that the plaintiff's damage amount will be claimed in excess of $75,000. It cannot be said to a legal certainty that the damages cannot, as a matter of law, equal greater than $75,000.00.

10. This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a) because plaintiff and defendants are citizens of different States and the matter in

controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00). Accordingly, the Action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

11. Copies of all process, pleadings and orders served upon defendants Boston Market and Ms. Behnke in this Action are attached as **Exhibit A**.

12. Pursuant to 28 U.S.C. § 1446(d), the petitioners have on this date notified the Superior Court of the State of Connecticut of the filing of this petition. A copy of the Notice of Notice of Removal filed in the Superior Court is attached hereto as **Exhibit B**.

13. This pleading is signed in accordance with Federal Rule of Civil Procedure 11.

WHEREFORE, petitioners request that this action be removed from the Superior Court of the State of Connecticut for the Judicial District of Hartford and henceforth placed in this Court.

THE DEFENDANTS
BOSTON MARKET CORPORATION
and JULIE BEHNKE

By: _____
Beverly W. Garofalo (ct11439)
Nicole J. Anker (ct20110)
Brown Raysman Millstein Felder & Steiner
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
860-275-6400
860-275-6410 (fax)

## CERTIFICATION

This is to certify that on this 8th day of July 2004, I hereby mailed a copy of the foregoing Petition for Removal to:

**Plaintiff's Attorney**

Joseph L. Dix, Esq.
Law Offices of Donald E. Weisman
59 Hungerford Street
Hartford, CT 06106

_____<br>Nicole J. Anker

## SUMMONS - CIVIL
(Except Family Actions)
JD-CV-1 Rev. 6-97
C.G.S. 51-346, 51-347, 51-349, 51-350, 52-45a
52-48, 52-259, P.B. Sec. 49, 63, 66

**SUPERIOR COURT**

"X" ONE OF THE FOLLOWING
Amount, legal interest or property in demand, exclusive of interest and costs is:
- [ ] less than $2,500
- [ ] $2,500 through $14,999.99
- [X] $15,000 or more
("X" if applicable)
- [ ] Claiming other relief in addition to or in lieu of money or damages.

### INSTRUCTIONS
1. Prepare on typewriter, sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 49 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint

RETURN DATE: July 20, 2004

| | JUDICIAL DISTRICT | HOUSING SESSION | GA | AT (Town in which writ is returnable)(C.G.S. 51-346, 51-349) | CASE TYPE (From case type list-see back) |
|---|---|---|---|---|---|
| [X] | | [ ] | [ ] | Hartford | Major T  Minor 90 |

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No. street, town and zip code)(C.G.S. 51-347, 51-350)
95 Washington Street, Hartford, CT 06106
TELEPHONE NUMBER: 548-2700

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) | NOTE: Individual's Names Last, First, Middle Initial | [ ] Form JD-CV2 attached | PTY NO |
|---|---|---|---|---|
| FIRST NAMED PLAINTIFF | CRUZ, RANDY  18 Rockingham Street, Hartford, CT 06114 | | | 01 |
| Additional Plaintiff | | | | 02 |
| FIRST NAMED DEFENDANT | BEHNKE, JULIE L., Boston Market Corporation, 14103 Denver West Parkway, Golden, CO 80401. Agent: Corporation Service Co. 50 Weston Street, Hartford, CT 06120-1537 | | | 50 |
| Additional Defendant | BOSTON MARKET CORPORATION, 14103 Denver West Parkway, Golden, CO 80401 Agent: Corporation Service Co., 50 Weston Street, Hartford, CT 06120-1537 | | | 51 |
| Additional Defendant | | | | 52 |
| Additional Defendant | | | | 53 |

### NOTICE TO EACH DEFENDANT
1. You are being sued.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE | SIGNED (Sign and "X" proper box) | [X] Comm. of Superior Court / Assistant Clerk | TYPE NAME OF PERSON SIGNING AT LEFT. |
|---|---|---|---|
| June 8, 2004 | | | Joseph L. Dix, Esq. |

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No. street, town and zip code) | TELEPHONE NO. | JURIS NO. (if atty or law firm) |
|---|---|---|
| Law Offices of Donad E. Weisman, 59 Hungerford Street, Hartford, CT 06106 | 522-0700 | 67011 |

NAME AND RESIDENCE OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No. street, town and zip)
John H. Welsh, Esq., 11 School Street, East Granby, CT 06026

SIGNATURE OF PLAINTIFF IF PRO SE

| # PLFS. | # DEFS. | # CNTS. | SIGNED (Official taking recognizance; "X" proper box) | [X] Comm. of Superior Court / Assistant Clerk | For Court Use Only |
|---|---|---|---|---|---|
| 1 | 2 | 4 | | | FILE DATE |

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the court.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

A TRUE COPY ATTEST
ERWYN GLANT, MARSHAL HARTFORD COUNTY

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|

| | |
|---|---|
| RETURN DATE: JULY 13, 2004 | SUPERIOR COURT |
| RANDY CRUZ | J.D. OF HARTFORD |
| VS. | AT HARTFORD |
| JULIE L. BEHNKE & BOSTON MARKET CORP.: | JUNE 8, 2004 |

## COMPLAINT

### COUNT ONE: SLANDER, AS TO THE DEFENDANT, JULIE BEHNKE

1. At all times material hereto, the Plaintiff, RANDY CRUZ, was an individual who resided at 16 Rockingham Street, Hartford, CT 06114.

2. At all times material hereto, the Defendant, BOSTON MARKET, CORP., ("Boston Market") was a Colorado Corporation with a principal place of business located at 14103 Denver West Parkway, Golden Colorado, that owned and operated a Boston Market restaurant located 2495 Berlin Turnpike, Newington, Connecticut.

3. At all times material hereto, the Defendant, JULIE L. BEHNKE, was an agent, servant, and employee of the Defendant Boston Market and was acting within the scope of her authority as a regional manager at the Newington, Connecticut restaurant.

4. On January 25, 2002, the plaintiff applied to work for the defendant, Boston Market, in its Newington, Connecticut restaurant. As part of the application process, he was required to fill out an application form. A copy of the application is attached hereto as Exhibit A.

5. On said application form was the question, "Have you ever been convicted of a felony?" to which the Plaintiff answered, "No".

6. On January 25, 2002, the plaintiff was hired by the Defendant Boston Market to work in its Newington restaurant.

7. The plaintiff started working at Boston Market and subsequently began taking classes to become a shift manager.

8. On June 10, 2002, at the Newington restaurant, the defendant, Julie L. Behnke, in the hearing of other employees and customers, in a loud voice, said to the Plaintiff, "You lied on your application. You've been convicted of two felonies, larceny and criminal impersonation. You're fired."

9. Said words were false and malicious.

## COUNT TWO: SLANDER, AS TO THE DEFENDANT, BOSTON MARKET

1-7. Paragraphs 1-7 of Count 1 are incorporated into Count Two

8. On June 10, 2002, at the Newington restaurant, the Defendant, Boston Market, acting through its agent, servant and employee, the Defendant, Julie L. Behnke, accused the plaintiff of lying on his application and of being convicted of two felonies, larceny and criminal impersonation.

9. Said statements were false and malicious.

## COUNT THREE: WRONGFUL TERMINATION, AS TO THE DEFENDANT, BOSTON MARKET

1-9. Paragraphs 1-9 of Count One are incorporated into Count Two

10. On June 10, 2002, the Defendant, Boston Market, wrongfully discharged the Plaintiff, accusing him of lying on his application.

## COUNT FOUR: LIBEL, AS TO THE DEFENDANT BOSTON MARKET

1-9. Paragraphs 1-9 of Count One are incorporated into Count Four

10. On or subsequent to June 5, 2002, the Defendant Boston Market published that the Plaintiff had been convicted of two felonies, namely, larceny and criminal impersonation.

11. Said publication by the Defendant, Boston Market, was false and malicious.

06/17/04   THU 13:35   [TX/RX NO 7187]   ☒005

WHEREFORE, the Plaintiff claims

1. Money Damages;

2. Punitive Damages;

3. Attorney's fees; and

4. Such other and further relief as the court deems just and equitable.

OF THIS WRIT, WITH YOUR DOINGS HEREON, MAKE DUE SERVICE AND RETURN.

Dated at Hartford, Connecticut this 8th day of June, 2004.

PLAINTIFF-
RANDY CRUZ

By _____
Joseph L. Dix, Esq.
Law Offices of Donald E. Weisman
59 Hungerford Street
Hartford, CT 06106
Juris No. 67011
Tel. (860) 522-0700

A TRUE COPY ATTEST:

ERWYN GLANZ, STATE MARSHAL HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: JULY 13, 2004 | : | SUPERIOR COURT |
| RANDY CRUZ | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| JULIE BEHNKE & BOSTON MARKET CORP. | : | JUNE 8, 2004 |

### AMOUNT IN DEMAND

The amount in demand, exclusive of interest and costs, is greater than Fifteen Thousand and 00/100 ($15,000.00) Dollars.

Dated at Hartford, Connecticut this 8th day of June, 2004.

PLAINTIFF-
RANDY CRUZ
By _____
Joseph L. Dix, Esq.
Law Offices of Donald E. Weisman
59 Hungerford Street
Hartford, CT 06106
Juris No. 67011
Tel. (860) 522-0700

A TRUE COPY ATTEST:
ENWYN CLARZ STATE MARSHAL HARTFORD COUNTY

4

# Application for Employment
## EQUAL OPPORTUNITY EMPLOYER



Qualified applicants are considered for all positions without regard to race, color, religion, national origin, age, disability, gender, sexual orientation and marital status. All questions must be answered and application signed.

| Last Name | First | Middle Initial | Date |
|---|---|---|---|
| Cruz | Brandy | E | 1/25/02 |

| Street Address | Home Phone |
|---|---|
| 16 Rockingham ST | (860) 956-8784 |

| City, State, Zip | Business Phone |
|---|---|
| Hartford CT 06114 | ( ) |

| Have you ever applied for employment with us? ☐ Yes ☒ No  If Yes, Month & Year | Social Security Number 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 |
|---|---|

| Position Desired: Open | Pay Expected: 7.25 |
|---|---|

| Can you furnish proof of your right to work in the U.S.A.? ☒ Yes ☐ No | Locations Preferred: Newington |
|---|---|

| When will you be available to begin work? A.S.A.P | Are you available to work holidays? ☒ Yes ☐ No |
|---|---|

| How did you learn about the company? Friend | Are you under 18 years of age? ☐ Yes ☒ No  If "yes", state your date of birth - mo._____ day____ yr.____  If under 18, can you furnish a work permit? ☐ Yes ☐ No |
|---|---|

Have you been convicted of a felony? If yes, please give charge, location, court and date. **No**

If hired, is there anything which would prevent you from reporting to work each day on time to perform your job duties? **No**

*Conviction of a crime will not necessarily disqualify you from the job for which you are applying. Each conviction will be considered with respect to time, job relatedness and other relevant factors.*

| Hours Available: | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|
| From | 11:00 | 11:00 | 11:00 | 11:00 | 11:00 | 11:00 | 11:00 |
| To | 3:00 | 3:00 | 3:00 | 3:00 | 3:00 | 3:00 | 3:00 |

Total Hours Available per week: Open
Would you work: ☐ Full-Time ☐ Part-Time
Shifts Preferred: ☐ Days ☐ Nights

Are you willing to work overtime, when and as required? ☒ Yes ☐ No

| School | Name and Location of School | Course of Study | No. of Years Completed | Did you Graduate? | Degree or Diploma |
|---|---|---|---|---|---|
| High School | Hartford Public High School Senior | | 2 | ☐ Yes ☒ No | |
| College | | | | ☐ Yes ☐ No | |
| Other Education | | | | ☐ Yes ☐ No | |

Are you going to school now? ☐ Yes ☒ No   Where _____   ☐ Day Classes ☐ Night Classes

Rev 09/00

EXHIBIT A

## Employment History

Please give accurate, complete, full-time and part-time employment record. Start with present or most recent employer. Include military experience if applicable. Do not indicate "see resume".

**1**
- Company Name and Mailing Address: Argenbright Security, East Hartford
- Phone: ( )
- Job Title: Security officer
- Name of Supervisor: Mark B
- Employed (Month and Year): From Feb 01 To Sept 01
- Describe your work: Drive around parking lot
- Weekly Pay: Start 7.00 End 7.25
- May we contact this employer? ☒ Yes ☐ No
- Reason for Leaving: Quit

**2**
- Company Name and Mailing Address: Pet Supplies Plus, 175 Berlin Turnpike
- Phone: (860) 563-3110
- Job Title: Asst Manager
- Name of Supervisor: Jeff B
- Employed (Month and Year): From Dec 00 To Sept 01
- Describe your work: Help customers and assign work for employees
- Weekly Pay: Start 7.50 End 10.00
- May we contact this employer? ☒ Yes ☐ No
- Reason for Leaving:

**3**
- Company Name and Mailing Address:
- Phone: ( )
- Job Title:
- Name of Supervisor:
- Employed (Month and Year): From To
- Describe your work:
- Weekly Pay: Start End
- May we contact this employer? ☐ Yes ☐ No
- Reason for Leaving:

**4** Please describe any other restaurant experience you have that is not listed above.

## Signature

I certify that the information given herein is true and complete to the best of my knowledge. I authorize you to make such investigations and inquiries of the information provided herein, and other matters related thereto, as may be necessary. I hereby release employers, schools and other persons, institutions, or businesses from all liability in responding to inquiries in connection with my application. I understand that false or misleading information or failure to provide information requested which may be relevant to the hiring decision in my application or during interviews may result in a refusal to hire, or discharge in the event of employment.

I understand and agree that, if hired, my employment is at will. I also understand that if I am hired my employment is for no definite period of time. I may terminate my employment at any time and I may be dismissed at any time without prior notice. I further understand and agree that nothing in this application form shall constitute a contract of employment or shall constitute a contract or guarantee of employment.

I also understand that any policies or procedures implemented by the company in the event of my employment are for purposes of operations only and are not intended to be nor constitute a contract for my employment. In addition, I understand that any of these policies or procedures may be changed at any time at the employer's discretion and without notice.

Signature: [signed] Date: 1/25/02

Person to be Contacted in Case of Emergency
- Name: Manuel Maldonado
- Address: 11 Rockingham
- City/State/Zip: Hartford CT 06114
- Phone No. (860) 952-8784

Rev. 9/00

Docket No. CV-04-0835299-S

| | |
|---|---|
| RANDY CRUZ, | ) |
| Plaintiff | ) SUPERIOR COURT |
| v. | ) J.D. OF HARTFORD |
| | ) AT HARTFORD |
| BOSTON MARKET CORP. and JULIE BEHNKE | ) |
| | ) JULY 8, 2004 |
| Defendants | ) |

## NOTICE OF NOTICE OF REMOVAL

TO:  THE JUDGES OF THE SUPERIOR COURT FOR THE STATE OF CONNECTICUT; AND

ALL PARTIES TO THE ACTION HEREIN:

**PLEASE TAKE NOTICE** that defendants Boston Market Corporation ("Boston Market") and Julie Behnke have filed a Notice of Removal of this action in the United States District Court for the District of Connecticut on July 8, 2004, pursuant to the provisions of 28 U.S.C. §§ 1446(a) and 1332(a). The Notice of Removal is attached hereto as **Exhibit A**.

The petition and notice is filed and served pursuant to 28 U.S.C. § 1446(d).

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

THE DEFENDANTS
BOSTON MARKET CORPORATION
and JULIE BEHNKE

By: _____
Beverly W. Garofalo
Nicole J. Anker
Brown Raysman Millstein Felder & Steiner
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
860-275-6400
860-275-6410 (fax)
Juris No. 409126

## CERTIFICATION

This is to certify that on this 8th day of July 2004, I hereby mailed a copy of the foregoing Notice of Notice of Removal to:

**Plaintiff's Attorney**

Joseph L. Dix, Esq.
Law Offices of Donald E. Weisman
59 Hungerford Street
Hartford, CT 06106

_____
Nicole J. Anker